# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

John Richard Vivian                  Chapter 7
                                                   Case No. 14-55725-mbm
                                                   Hon. Marci McIvor

         Debtor.
_____/

## STIPULATION FOR RESCHEDULING OF DEBTOR'S 341 MEETING OF CREDITORS

NOW COMES Debtor, John Richard Vivian, by and through his attorney, Ryan B. Moran, and the Chapter 7 Trustee Karen Evangelista, by and through her attorneys, Karen E. Evangelista PC, the parties agree as to the following:

**IT IS HEREBY STIPULATED** that Debtor's 341(a) meeting of creditors is rescheduled from November 12, 2014 at 9:30 AM to November 26, 2014 at 11:00 AM and the deadline to file objections to discharge is extended to January 26, 2015, pursuant to the order attached as Exhibit A.

Approved:

/s/ Ryan B. Moran                               /s/ Karen Evangelista
Ryan B. Moran (P70753)                  Karen Evangelista (P36144)
Attorney for Debtor                            Chapter 7 Trustee
Moran Law Offices                               Karen Evangelista PC
25600 Woodward Ave.,                      439 Main Street, Suite 250
Royal Oak, MI 48067                         Rochester, MI 48307
(248) 246-6536                                     (248)-652-7992
ryan@moranlaw.com                         kee1008@kevangelistalaw.com

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

John Richard Vivian                          Chapter 7
                                                                        Case No. 14-55725-mbm
                                                                        Hon. Marci McIvor

        Debtor.
_____/

## PROPOSED ORDER ON STIPULATION RESCHEDULING OF DEBTOR'S 341 MEETING OF CREDITORS

Debtor, John Richard Vivian, by and through his attorney, Ryan B. Moran, and the Chapter 7 Trustee Karen Evangelista, by and through her attorneys, Karen Evangelista PC, having agreed to rescheduling Debtor's 341(a) meeting of creditors and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Debtor's 341(a) meeting of creditors is rescheduled from November 12, 2014 at 9:30 AM to November 19, 2014 at 11:00 AM and the deadline to file objections to discharge is extended to January 26, 2015.